HUGHES TOOL COMPANY, Appellant and Respondent, *v.* UNITED ARTISTS CORPORATION, Respondent and Appellant.

Argued December 2, 1952; decided January 15, 1953.

*Louis Nizer* and *Walter S. Beck* for appellant-respondent.

*Walter R. Mansfield, Sidney P. Howell, Jr.,* and *William C. Garrett* for respondent-appellant.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.